# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156637(47)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 156637
                                                        COA: 333125
                                                        Cass CC: 15-010146-FC
LEON WATSON,
        Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer, as directed by this Court in its order dated June 15, 2018, is GRANTED. The answer will be accepted as timely filed if submitted on or before September 7, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2018

                                              Clerk